IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE J. SANDERS, JR.,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 09-00444-CG-B** |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 29th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE